United States District Court
Southern District of Texas

**ENTERED**
December 24, 2025
~~Nathan Ochsner~~, Clerk

UNITED STATES DISTRICT COURT     SOUTHERN DISTRICT OF TEXAS

# Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Case Number | 4:25-cv-05384 |
|---|---|---|---|

| Sem Moreno Sanchez |
|---|
| *versus* |
| Joe M. Smith, et al. |

| | |
|---|---|
| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Karamat Qayum<br>Garcia & Qayum Law Group, P.A.<br>3475 West Flagler Street<br>Miami, FL 33313<br>305-230-4020 Karamat@GQLawGroup.com<br>Florida Bar 102213. Southern District of Florida, 102213 |

| Name of party applicant seeks to appear for: | Sem Moreno Sanchez |
|---|---|

Has applicant been sanctioned by any bar association or court?  Yes __    __   No __ ✔ __

On a separate sheet for each sanction, please supply the full particulars.

| Dated: 11/21/2025 | Signed: /s/Karamat Qayum |
|---|---|

The state bar reports that the applicant's status is: Good Standing

| Dated: 12/18/2025 | Clerk's signature  *Jennelle Gonzalez* |
|---|---|

### Order

Dated: December 23, 2025

This lawyer is admitted *pro hac vice*.

*C.R. Eskridge*
United States District Judge